Jonathan A. Rich (NV Bar #15312)
**COZEN O'CONNOR**
500 North Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Phone: (702) 470-2324
Fax: (702) 470-2359
Email: jarich@cozen.com

*Attorney for Defendant*
*Perry Johnson & Associates, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN K. SHANAHAN, MICHAEL NEWTON, JAMES SHOWFROTH, AND ROSEMARY KERRANE, as agent in fact and durable power of attorney for ROBERT H. SPINNEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PERRY JOHNSON & ASSOCIATES, INC., NORTHWELL HEALTH, INC., SALEM REGIONAL MEDICAL CENTER, and COOK COUNTY HEALTH,<br><br>*Defendants*. | CASE NO.: 2:23-cv-01947-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS PERRY JOHNSON & ASSOCIATES, INC. AND NORTHWELL HEALTH, INC. TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Kevin K. Shanahan, Michael Newton, James Showfroth, and Rosemary Kerrane, as agent in fact and durable power of attorney for Robert H. Spinney, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants Perry Johnson & Associates, Inc. ("PJ&A") and Northwell Health, Inc. ("Northwell" and, collectively with PJ&A, "Defendants") stipulate and respectfully request under Local Rule IA 6 that this Court extend the time for Defendants to respond to Plaintiffs' amended complaint in the above-captioned action (the "Amended Complaint") until **March 1, 2024**.

1

141963222_2

Plaintiff filed the initial complaint on November 22, 2023, and served PJ&A and Cook County Health on November 30, 2023. Northwell waived service on November 29, 2023. On December 4, Plaintiffs filed the Amended Complaint, adding Salem Regional Medical Center ("Salem") as a party. Salem was served on December 20, 2023.

On December 8, 2023, Plaintiff filed a Motion for Transfer of Actions to United States District Court for the District of Nevada for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (the "Motion") in the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re Perry Johnson & Associates Medical Transcription Data Security Breach Litigation*, Case MDL No. 3096, ECF No. 1 (December 8, 2023). The motion directly concerns the potential consolidation and transfer of at least forty-five related putative class action complaints. The JPML heard oral arguments on the Motion on January 25, 2024.

The Defendants' responses to the Complaint are currently due by January 29, 2024.

This extension is necessary to allow the JPML sufficient time to evaluate the various related actions, twenty-one of which have been filed in this District alone. A list of these related actions is included as Appendix A. As nearly every party—including Plaintiff and Defendants—has agreed that centralization is proper, the primary question for the JPML is *where* to centralize the cases, not *whether* to centralize them.

Plaintiff and the Defendants consent to this request. This is the first request for extension of time for this deadline for PJ&A and Northwell. The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

/ / /

/ / /

IT IS SO STIPULATED.

2

141963222_2

| | | |
|---|---|---|
| 1 | Dated: January 26, 2024. | Dated: January 26, 2024. |
| 2 | SNELL & WILMER | KEMP JONES, LLP |
| 3 | By: /s/ Alex L. Fugazzi | By: /s/ Don Springmeyer |
| | Alex L. Fugazzi (NV Bar #9022) | Don Springmeyer, Esq. (NV Bar #1021) |
| 4 | Aleem A. Dhalla (NV Bar #14188) | 3800 Howard Hughes Parkway, 17th Floor |
| | 3883 Howard Hughes Parkway, Ste 1100 | Las Vegas, Nevada 89169 |
| 5 | Las Vegas, NV 89169-5958 | d.springmeyer@kempjones.com |
| | Telephone: (702) 784-5200 | |
| 6 | afugazzi@swlaw.com | Amy E. Keller *(pro hac vice)* |
| | Adhalla@swlaw.com | DICELLO LEVITT LLP |
| 7 | | 10 North Dearborn Street, Eleventh Floor |
| | William L. Roberts* | Chicago, Illinois 60602 |
| 8 | Kathryn E. Caldwell* | |
| | Andrew B. Cashmore* | Justin J. Hawal *(pro hac vice)* |
| 9 | ROPES & GRAY LLP | DICELLO LEVITT LLP |
| | Prudential Tower | 8160 Norton Parkway, Third Floor |
| 10 | 800 Boylston Street | Mentor, Ohio 44060 |
| | Boston, Massachusetts 02199-3600 | |
| 11 | Phone: (617) 951-7000 | James J. Pizzirusso *(pro hac vice)* |
| | Fax: (617) 951-7050 | Amanda V. Boltax *(pro hac vice forthcoming)* |
| 12 | william.roberts@ropesgray.com | |
| | kathryn.caldwell@ropesgray.com | HAUSFELD LLP |
| 13 | andrew.cashmore@ropesgray.com | 888 16th Street, NW, Suite 300 |
| | | Washington, D.C. 20006 |
| 14 | Glen J. Dalakian II* | |
| | ROPES & GRAY LLP | Steven M. Nathan *(pro hac vice)* |
| 15 | 1211 Avenue of the Americas | HAUSFELD LLP |
| | New York, New York 10036-8704 | 33 Whitehall Street, 14th Floor |
| 16 | Phone: (212) 596-9000 | New York, NY 10004 |
| | Fax: (212) 596-9090 | |
| 17 | glen.dalakian@ropesgray.com | *Counsel for Plaintiff and Putative Class* |
| 18 | *Counsel for Defendant Northwell Health, Inc.* | Dated: January 26, 2024. |
| 19 | *pro hac vice forthcoming | COZEN O'CONNOR |
| 20 | | By: /s/ Johnathan A. Rich |
| | | Jonathan A. Rich (NV Bar #15312) |
| 21 | | 500 North Rainbow Blvd., Suite 300 |
| | | Las Vegas, NV 89107 |
| 22 | | Phone: (702) 470-2324 |
| | | Fax: (702) 470-2359 |
| 23 | | jarich@cozen.com |
| 24 | | *Counsel for Defendant Perry Johnson & Associates, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

141963222_2

# ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendants shall have up to and including **March 1, 2024** to respond to Plaintiffs' complaint.

**IT IS SO ORDERED**.

DATED: _____January 29_____, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Appendix A

Related Cases Filed Against Perry Johnson & Associates, Inc. & Northwell Health, Inc. as of January 25, 2024

1. *Abdaljalil v. Perry Johnson & Associates, Inc.*, No. 2:24-cv-00025 (D. Nev. filed Jan. 4, 2024)

2. *Belov et al v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-08583 (E.D.N.Y. filed Nov. 17, 2023)

3. *Belov et al v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-01925 (D. Nev. filed Nov. 20, 2023)

4. *Bishop et al v. Bon Secours Mercy Health, Inc., and Perry Johnson & Associates, Inc.*, No. 3:23-cv-00385 (S.D. Ohio filed Dec. 22, 2023)

5. *Brewster v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-08627 (E.D.N.Y. filed Nov. 20, 2023)

6. *Brown v. Perry Johnson & Associates, Inc., and Northwell Health, Inc.*, No. 2:24-cv-10037 (E.D. Mich. filed Jan. 5, 2024)

7. *Carino et al.* v. *Northwell Health Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-02090 (D. Nev. filed Dec. 19, 2023)

8. *Carter v. Cook County Health and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01866 (D. Nev. filed Nov. 13, 2023)

9. *Colon et al v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-01910 (D. Nev. Filed Nov. 20, 2023)

10. *Cook v. Northwell Health, Inc. and Perry Johnson & Associates*, No. 23-000859 (N.Y. Sup. Ct., Nassau County filed Nov. 30, 2023)

11. *Davis v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-01932 (D. Nev. Filed Nov. 21, 2023)

12. *Faivre v. Perry Johnson & Associates, Inc., Northwell Health, Inc., and Cook County Health*, No. 2:23-cv-01926 (D. Nev. filed Nov. 20, 2023)

13. *Gerber v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.,* No. 2:23-cv-08467 (E.D.N.Y. filed Nov. 14, 2023)

14. *Gill v. Perry Johnson & Associates, Inc. and Northwell Health, Inc.*, No. 2:23-cv-01851 (D. Nev. filed Nov. 10, 2023)

15. *Green v. Perry Johnson & Associates, Inc.*, No. CVI-23-17247 (Toledo Municipal Court, Lucas County Ohio filed Dec. 12, 2023)

16. *Gregg v. Perry Johnson & Associates, Inc. and Northwell Health, Inc.*, No. 2:23-cv-01987 (D. Nev. filed Nov. 30, 2023)

17. *Heitzner v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 16119/2023 (N.Y. Sup. Ct., New York County filed Nov. 15, 2023)

18. *Hinda v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-09445 (E.D.N.Y. filed Dec. 21, 2023)

141963222_2

19. *Horsley et al v. Bon Secours Mercy Health, Inc., and Perry Johnson & Associates, Inc.*, No. 1:23-cv-00835 (S.D. Ohio filed Dec. 21, 2023)

20. *Hvidsten et al. v. Northwell Health, Inc.*, No. 2:23-cv-08538-RPK-ARL (E.D.N.Y. filed Nov. 16, 2023)

21. *H.Z. et al v. North Kansas City Hospital Auxiliary, Perry Johnson & Associates, Inc., Perry Johnson & Associates Coding Holding, Inc., and Perry Johnson & Associates Staffing Holding, Inc.*, No. 24CY-CV00708 (Cir. Ct. of Clay County, Missouri filed Jan. 17, 2024)

22. *Jackson v. Board of Trustees of North Kansas City Hospital, Meritas Health Corporation and Perry Johnson & Associates, Inc.*, No. 24CY-CV00519 (Cir. Ct. of Clay County, Missouri filed Jan. 12, 2024)

23. *Jon v. Perry Johnson & Associates, Inc., and Northwell Health, Inc.*, No. 2:24-cv-10100 (E.D. Mich. filed Jan. 12, 2024)

24. *Kaufman v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01935 (D. Nev. filed Nov. 21, 2023)

25. *Kay v. Perry Johnson & Associates, Inc. and Bon Secours Mercy Health, Inc., d/b/a Mercy Health*, No. 2:24-cv-00115 (D. Nev. filed Jan. 16, 2024)

26. *Kimber v. Cook County Health & Hospitals System and Perry Johnson & Associates, Inc.*, No. 2023-CH-09293 (Ill. Cir. Ct., Cook County filed Nov. 7, 2023)

27. *Kurtev et al v. Cook County Health & Hospitals System and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01905 (D. Nev. filed Nov. 17, 2023)

28. *Jerome v. Northwell Health,* No. 2:23-cv-8624 (E.D.N.Y. filed Nov. 20, 2023)

29. *Levitt v. Northwell Health Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01892 (D. Nev. filed Nov. 16, 2023)

30. *Lowery v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01857 (D. Nev. filed Nov. 13, 2023)

31. *Marconi et al. v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-08638 (E.D.N.Y. filed Nov. 21, 2023)

32. *Martin v. Cook County Health & Hospitals System and Perry Johnson & Associates, Inc.,* No. 2023-CH-09558 (Ill. Cir. Ct., Cook County filed Jan. 19)

33. *Mayo et al. v. Northwell Health Inc. and Perry Johnson & Associates,* No. 2:23-cv-08517 (E.D.N.Y. filed Nov. 16, 2023)

34. *O'Neill et al v. Perry Johnson & Associates, Inc., and County of Cook, Illinois*, No. 2:23-cv-01964 (D. Nev. filed Nov. 28, 2023)

35. *O'Rourke v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01880 (D. Nev. filed Nov. 14, 2023)

36. *Rodriguez et al. v. Northwell Health Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01874 (D. Nev. filed Nov. 14, 2023)

141963222_2

37. *Ruderman et al. v. Northwell Health Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-02014 (D. Nev. filed Dec. 6, 2023)

38. *Sept et al v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-01983 (D. Nev. Filed Nov. 30, 2023)

39. *Shanahan et al. v. Perry Johnson & Associates, Inc., Northwell Health, Inc., and Cook County Health*, No. 2:23-cv-01947 (D. Nev. filed Nov. 22, 2023)

40. *Slotchiver v. Perry Johnson & Associates, Inc.*, No. 2:24-cv-00155 (D.S.C. Filed Jan. 10, 2024)

41. *Stone et al v. Salem Community Hospital and Perry Johnson & Associates, Inc.*, No. 4:23-cv-02421 (N.D. Ohio filed Dec. 20, 2023)

42. *Sullivan v. Perry Johnson & Associates, Inc., and Northwell Health, Inc.*, No. 2:24-cv-10098 (E.D. Mich. filed Jan. 12, 2024)

43. *Tudda v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 618932/2023 (N.Y. Sup. Ct., Nassau County filed Nov. 20, 2023)

44. *Vasquez v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-08544-LDH-AYS (E.D.N.Y. filed Nov. 16, 2023)

45. *Vetere v. Northwell Health, Inc. and Perry Johnson & Associates, Inc.*, No. 2:23-cv-01900 (D. Nev. filed Nov. 17, 2023)

4855-9099-0240

141963222_2